**Motion Granted and Order filed May 12, 2022.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-20-00622-CV**

———————

**ANSON DISTRIBUTING, LLC, Appellant**

**V.**

**STARCO IMPEX, INC. AND USA MILLENNIUM, LP, Appellees**

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2016-42352**

---

## ORDER

Appellants have filed an unopposed motion for an extension if time to file their brief. The motion is granted. In accordance with our order of November 18, 2021, setting a briefing schedule:

- Appellant's combined response and reply brief is due June 6, 2022 (word count 22,500); and

- Appellees' reply brief is due June 27, 2022 (word count 7,500).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.